FILED'08 NOV 06 16:41 USDC-ORP

IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF OREGON

| | |
|---|---|
| MELVIN HUNTLEY,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security<br>    Defendant | Civil No. 3:07-CV-1039-MO<br><br><br><br>ORDER FOR EAJA FEES |

Based upon the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $6,500.00, pursuant to 28 U.S.C. § 2412. The check shall be forwarded to: Wilborn Law Office, P.C., P.O. Box 2768, Oregon City, Oregon 97045.

DATED this ___6th___ day of ___Nov.___, 2008.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

s/ Richard M. Rodriguez
RICHARD M. RODRIGUEZ
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
(206) 615-3748
Of Attorneys for Defendant

Page 1     ORDER - [3:07-CV-1039-MO]